NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHARON J. DAVID,**

*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**

*Respondent*

---

2026-1964

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-25-2030-I-1.

---

**O R D E R**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (d), to file the required Statement Concerning Discrimination pursuant to Federal Circuit Rule 15(c)(3), and to file the required Notice of Unrepresented Person Appearance form it is

2                                           DAVID V. ARMY

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

July 29, 2026
Date

Jarrett B. Perlow
Clerk of Court